No. 11–10362. MILLBROOK v. UNITED STATES. C. A. 3d Cir. [Certiorari granted, 567 U. S. 968.] Jeffrey S. Bucholtz, Esq., of

Washington, D. C., is invited to brief and argue this case as *amicus curiae* in support of judgment below.